UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Joseph Lewis Wilkins
# 2008-0028360

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Conner
Sheriff Thomas —
J Dart.

08cv4924

08cv4924
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Joseph Lewis Wilkins

B. List all aliases: Joseph Wilkerson

C. Prisoner identification number: 20080028360

D. Place of present confinement: Cook County Jail

E. Address: 2600 N California Ave Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff Thomas Dart

   Title: Sheriff

   Place of Employment: City of Chicago

B. Defendant: Officer Conner

   Title: Officer

   Place of Employment: Cook County Jail

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 08-C-4175

B. Approximate date of filing lawsuit: July 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Joseph Lewis Wilkins

D. List all defendants: UnK

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 219 South Dearborn Chicago, IL

F. Name of judge to whom case was assigned: Judge Manning Judge Valdez

G. Basic claim made: Suffered injury

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 3rd of 2008, I Joseph Lewis Wilkins was assaulted in the head by Officer Conner whom is an employe at the Cook County Correctional center where the incident occured. During that vicious assault I was handcuffed and shackled by the waist & knees. Ever since this assault which was malicious in nature I now suffer from agonizing migranes and difficulty hearing in my left ear.

Also, I'm consistantly taking tylenol for the constant migranes and during this period I have requested to see a doctor here at the (CCJ) by "inmate request" however to no avail have I been seen. On top of these issues I wrote a grievance and I retain

a copy of that grievance. These [are] the facts.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To settle in monitary damages in excess of $100,000.
To have Pro bo counsel representation.
To have a "CAT" scan done to my skull.
To be awarded other damages assumed by the courts.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22nd day of August, 2008

_Joseph Wilkins_
(Signature of plaintiff or plaintiffs)

Joseph Wilkins
(Print name)

2008-0028360
(I.D. Number)

Primary #1. P.O. Box 089002 Chicago IL 60608
Secondary #2. 7205 S. Vincennes Apt 1B Chicago IL 60621
(Address)

6

Revised 9/2007