**PRISONER CASE**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
AUG 2 8 2008 CM
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JOSEPH LEWIS WILKINS | **Defendant(s):** | OFFICER CONNOR, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | 08CV4924 |

Joseph Lewis Wilkins
#2008-0028360
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08cv4924
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** [signature] **Date:** 8/28/08

Manning
Valdez

08CV4175